# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PRENTISS T. ADAMS,

      Petitioner,

v.                      Case No. 25-CV-929

TIM THOMAS,

      Respondent.

# ORDER

Prentiss T. Adams filed a petition for a writ of habeas corpus on June 30, 2025. (ECF No. 1.) The court screened it, ordered the respondent to answer the petition, and set a briefing schedule for further proceedings. (ECF No. 5.) The respondent submitted his answer on September 4, 2025. (ECF No. 8.) Adams's brief in support of his petition was due no later than October 7, 2025 (adding the three extra days under Fed. R. Civ. P. 6(d) for service by mail). Adams did not submit a brief in support. Therefore, on December 1, 2025, the respondent moved to dismiss this action for failure to prosecute. (ECF No. 9.) Adams had 21 days in which to respond to that motion. *See* Civ. L.R. 7(b). He failed to do so.

Accordingly, **IT IS THEREFORE ORDERED** the respondent's motion to dismiss (ECF No. 9) is **granted**. Adams's petition and this action are dismissed

without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Civil Local Rule 41(c) (E.D. Wis.). The Clerk shall enter judgment accordingly.

Dated at Green Bay, Wisconsin this 13th day of January, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge